UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.  1:23-cr-00123-JRS-MG |
| | ) | |
| DAVID BENNETT, | ) | - 08 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR APRIL 30, 2024,**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a detention hearing.   Defendant appeared in person and by appointed counsel James A. Earhart.   Government represented by AUSA Adam Eakman. USPO represented by Megan Stevens.

Detention hearing held.

Court's Exhibit 1 (PS3) admitted without objection.

Testimony presented and evidence proffered.   Argument presented.   Court grants the government's oral motion for pretrial detention and orders the defendant detained pending trial. The Defendant's motion for release of custody is denied as moot.   [Filing No. 687.]

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Date: 5/1/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system